FILED
SEP 15 2011
CLERK, US DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 4:11-MJ-186 |
| vs. ) | |
| ) | COURT DATE: September 22, 2011 |
| MARY B. CAMERON, ) | |

## CRIMINAL INFORMATION

### COUNT ONE

(Misdemeanor Offense) Ticket No. R0333602

THE UNITED STATES ATTORNEY CHARGES:

That on or about 20 July 2011, at Langley Air Force Base, Virginia, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, MARY B. CAMERON, did engage in disorderly conduct by defecting and urinating, on the bathroom floor, of the Bayview Towers Temporary Living Facility.

(In violation of Title 18, United States Code, sections 13 & 7, assimilating Virginia State Code, section 18.2-415)

### COUNT TWO

(Misdemeanor) Ticket No. R0333603

THE UNITED STATES ATTORNEY CHARGES:

That on or about 20 July 2011, at Langley Air Force Base, Virginia, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, MARY B. CAMERON, by willfully defecting and urinating, on the bathroom floor, of the Bayview Towers Temporary Living Facility.

(In violation of 18 United States Code, Sections 7 & 13, assimilating Virginia State Code, Section 18.2-138)

NEIL H. MACBRIDE
United States Attorney

BY: /s/ Virginia M. Bare
Virginia M. Bare
SAUSA
Attorney for the United States
United States Attorney's Office
721 Lake Front Commons, Suite 300
Fountain Plaza Three
Newport News, VA 23606
Telephone No.: (757) 591-4000
Fax No.: (757) 591-0866
Virginia.Bare@langley.af.mil

## CERTIFICATE OF SERVICE

I, Virginia M. Bare, hereby certify that on 12 September 2011, I caused a true and correct copy of the foregoing criminal information to be mailed to the defendant, Mary B. Cameron.

                                            NEIL H. MACBRIDE
                                            United States Attorney

BY: _/s/ Virginia M. Bare_
Virginia M. Bare
SAUSA
Attorney for the United States
United States Attorney's Office
721 Lake Front Commons, Suite 300
Fountain Plaza Three
Newport News, VA 23606
Telephone No.: (757) 591-4000
Fax No.: (757) 591-0866
Virginia.Bare@langley.af.mil