**MISDEMEANOR MINUTES:**

| | | | |
|---|---|---|---|
| Time Set: | 9:00 a.m. | Date: | **September 22, 2011** |
| Time Started: | 9:52 am | Presiding Judge: | **D.E. Miller, USMJ** |
| Time Ended: | 9:53 am | Courtroom Deputy: | T. Johnston |
| Recorded by: | FTR | U.S. Attorney: | **Virginia Bare, SAUSA** |
| | | Defense Counsel: | |

Case Number: 4:11-mj-186     ( ) Retained ( ) Court-appointed ( ) AFPD( ) w/out counsel

USA v.  Mary B. Cameron     ( ) In custody (✓) No appearance ( ) Excused

**COUNTS:**   1) Disorderly Conduct _____

2) **Damage Public Building** _____

3) _____

4) _____

( )  Consent to Proceed before U.S. Magistrate Judge executed and filed in open court.

( )  Acknowledgment of Rights Form executed and filed in open court.

( )  Plea of Guilty _____( ) Plea of Not Guilty

( )  Government (✓) Defendant motion to _10-20-11 at 9:00am_ (✓Granted ( ) Denied

( )  Government ( ) Def't motion to: ( ) Continue ( ) Dismiss w/prejudice

( )  Dismiss w/out prejudice _____ ( ) Granted ( ) Denied

( )  Counsel desired; Court ( ) Directed ( ) Denied   ( ) Government not seeking jail time

( )  Defendant shall  reimburse govt. for court appointed counsel at rate of $_____/mo. begin

( )  Defendant to retain counsel.   ( ) Retained counsel

( )  Case continued to 9:00 a.m. on

( )  Bond set _____ with the following conditions of release:

(1)  ( )  Probation Office supervision       (5) ( ) Substance abuse testing/treatment

(2)  ( )  Do not operate m/v after consuming alcohol       at defendant's expense

(3)  ( )  Prohibited from operating a motor vehicle     (6) ( )

unless properly licensed to do so     (7) ( )

(4)  ( )  No consumption ( ) No excessive use of alcohol  (8 )( )

( )  Proffer                              ( )  Evidence & Witnesses presented

( )  Found Guilty           ( ) Found Not Guilty       ( )  Dismissed by Court

( )  PSR WAIVED by all parties                ( )  Continued for Pre-sentence Report:

( )  Advised of Right to Appeal               ( )  Sentencing:

( )  Defendant remanded to custody

| **FINE:** | **ASSESSMENT:** | **PROCESSING FEE:** | **RESTITUTION** |
|---|---|---|---|
| 1) $_____ | 1) $_____ | 1) $_____ | 1) $_____ |
| 2) $_____ | 2) $_____ | 2) $_____ | 2) $_____ |
| 3) $_____ | 3) $_____ | 3) $_____ | 3) $_____ |
| 4 )$_____ | 4) $_____ | 4) $_____ | 4) $_____ |

( )  Jail:_____  ( ) to be released at 5:00 p.m. today ( ) as special condition of probation

( )  Probation: _____  ( ) Supervised Release: _____

( )  Driving privileges within special maritime and territorial jurisdiction of the United States are
suspended for ONE (1) YEAR.

**SPECIAL CONDITIONS OF PROBATION / SUPERVISED RELEASE:**