## MISDEMEANOR MINUTES:

| | | | |
|---|---|---|---|
| Time Set: | 9:00 a.m. | Date: | September 22, 2011 |
| Time Started: | 9:52 am | Presiding Judge: | D.E. Miller, USMJ |
| Time Ended: | 9:53 am | Courtroom Deputy: | T. Johnston |
| Recorded by: | FTR | U.S. Attorney: | Virginia Bare, SAUSA |
| | | Defense Counsel: | |

Case Number: 4:11-mj-186        ( ) Retained ( ) Court-appointed ( ) AFPD ( ) w/out counsel
USA v. Mary B. Cameron            ( ) In custody (✓) No appearance ( ) Excused

**COUNTS:**
1) **Disorderly Conduct**
2) **Damage Public Building**
3) _____
4) _____

( ) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court.
( ) Acknowledgment of Rights Form executed and filed in open court.
( ) Plea of Guilty _____ ( ) Plea of Not Guilty
( ) Government (✓) Defendant motion to **10-20-11 at 9:00am** (✓) Granted ( ) Denied
( ) Government ( ) Deft motion to: ( ) Continue ( ) Dismiss w/prejudice
( ) Dismiss w/out prejudice _____ ( ) Granted ( ) Denied
( ) Counsel desired; Court ( ) Directed ( ) Denied   ( ) Government not seeking jail time
( ) Defendant shall reimburse govt. for court appointed counsel at rate of $_____/mo. begin
( ) Defendant to retain counsel.  ( ) Retained counsel
( ) Case continued to 9:00 a.m. on
( ) Bond set _____ with the following conditions of release:
(1) ( ) Probation Office supervision          (5) ( ) Substance abuse testing/treatment
(2) ( ) Do not operate m/v after consuming alcohol              at defendant's expense
(3) ( ) Prohibited from operating a motor vehicle   (6) ( )
         unless properly licensed to do so            (7) ( )
(4) ( ) No consumption ( ) No excessive use of alcohol   (8) ( )
( ) Proffer
( ) Found Guilty          ( ) Found Not Guilty      ( ) Evidence & Witnesses presented
( ) PSR WAIVED by all parties                       ( ) Dismissed by Court
( ) Advised of Right to Appeal                      ( ) Continued for Pre-sentence Report:
( ) Defendant remanded to custody                   ( ) Sentencing:

| FINE: | ASSESSMENT: | PROCESSING FEE: | RESTITUTION |
|---|---|---|---|
| 1) $_____ | 1) $_____ | 1) $_____ | 1) $_____ |
| 2) $_____ | 2) $_____ | 2) $_____ | 2) $_____ |
| 3) $_____ | 3) $_____ | 3) $_____ | 3) $_____ |
| 4) $_____ | 4) $_____ | 4) $_____ | 4) $_____ |

( ) Jail:_____ ( ) to be released at 5:00 p.m. today ( ) as special condition of probation
( ) Probation: _____ ( ) Supervised Release: _____
( ) Driving privileges within special maritime and territorial jurisdiction of the United States are
    suspended for ONE (1) YEAR.

**SPECIAL CONDITIONS OF PROBATION / SUPERVISED RELEASE:**