# MISDEMEANOR MINUTES:

| | | | |
|---|---|---|---|
| Time Set: | 9:00 a.m. | Date: | October 20, 2011 |
| Time Started: | 11:52 am | Presiding Judge: | F. Bradford Stillman, USMJ |
| Time Ended: | 11:53 am | Courtroom Deputy: | Tracey Johnston |
| Recorded by: | FTR | U.S. Attorney | Virginia Bare, SAUSA |
| | | Defense Counsel: | |

Case Number: __4:11-mj-186__  ( ) Retained ( ) Court-appointed ( ) AFPD ( ) Waived Counsel

USA v. **CAMERON, MARY B.**

**COUNTS:**  1) DISORDERLY CONDUCT
  2) DAMAGE PUBLIC BUILDING
  3) _____

( ) Present  ( ) In custody  ( ) No appearance  ( ) Excused Prior to Court
( ) Initial Appearance  ( ) Docket Call  ( ) Plea of Guilty  ( ) Bench Trial  ( ) Jury Trial
( ) Defendant advised of rights.
( ) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court.
(✓) Acknowledgment of Rights executed and filed in open court.
(✓) Government motion: ( ) Warrant  ( ) Summons  ( ) Continue  (✓) DWOP  ( ) DWP
  ( ) Other _____ ( ) Granted  ( ) Denied
( ) Defendant motion: ( ) Continue  ( ) Judgment of Acquittal  ( ) Strike
  ( ) Other _____ ( ) Granted  ( ) Denied
( ) Counsel desired  Court ( ) Directed  ( ) Denied  ( ) Government not seeking jail time
( ) Defendant shall reimburse govt. for appointed counsel at rate of $_____/mo. begin _____
( ) Defendant will retain counsel.  ( ) Retained counsel _____
( ) Case continued to 9:00 a.m. on _____ ( ) **Pretrial Diversion**
( ) Bond set _____ with the following conditions of release:
(1) ( ) Probation Office supervision    (5) ( ) Substance abuse testing/treatment
(2) ( ) Shall not operate m/v after consuming alcohol      at defendant's expense
(3) ( ) Prohibited from operating a motor vehicle    (6) ( ) Mental Health Eval/Treatment
    unless properly licensed to do so    (7) ( ) _____
(4) ( ) No consumption ( ) No excessive use of alcohol    (8) ( ) _____
( ) Proffer       ( ) Evidence & Witnesses presented
( ) Statement by defendant.     ( ) PSR WAIVED by all parties
( ) Found Guilty ( ) Found Not Guilty   ( ) Continued for Pre-sentence Report
( ) Dismissed by Court     ( ) Advised of Right to Appeal
( ) Sentencing: _____
( ) Defendant remanded to custody

| FINE: | ASSESSMENT: | PROCESSING FEE: | RESTITUTION |
|---|---|---|---|
| 1) $_____ | 1) $_____ | 1) $_____ | 1) $_____ |
| 2) $_____ | 2) $_____ | 2) $_____ | 2) $_____ |
| 3) $_____ | 3) $_____ | 3) $_____ | 3) $_____ |
| 4) $_____ | 4) $_____ | 4) $_____ | 4) $_____ |

( ) Jail: _____ ( ) to be released at 5:00 p.m. today ( ) as special condition of probation
( ) Probation: _____ ( ) Supervised Release: _____
( ) Driving privileges within special maritime and territorial jurisdiction of the United States are
    suspended for ONE (1) YEAR.
( ) _____