| | | |
|---|---|---|
| Time Set: 9:00 a.m. | Date: | October 20, 2011 |
| Time Started: 11:52am | Presiding Judge: | F. Bradford Stillman, USMJ |
| Time Ended: 11:53am | Courtroom Deputy: | Tracey Johnston |
| Recorded by: FTR | U.S. Attorney | Virginia Bare, SAUSA |
| | Defense Counsel: | |

Case Number: **4:11-mj-186** ( ) Retained ( ) Court-appointed ( ) AFPD ( ) Waived Counsel

USA v. **CAMERON, MARY B.**

**COUNTS:**   1) **DISORDERLY CONDUCT**

   2) **DAMAGE PUBLIC BUILDING**

   3)_____

( ) Present ( ) In custody ( ) No appearance ( ) Excused Prior to Court
( ) Initial Appearance ( ) Docket Call ( ) Plea of Guilty ( ) Bench Trial ( ) Jury Trial
( ) Defendant advised of rights.
( ) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court.
( ) Acknowledgment of Rights executed and filed in open court.
( ) Government motion: ( ) Warrant ( ) Summons ( ) Continue ( ) DWOP ( ) DWP
   ( )Other _____ ( ) Granted ( ) Denied
( ) Defendant motion: ( ) Continue ( ) Judgment of Acquittal ( ) Strike
   ( ) Other _____ ( ) Granted ( ) Denied
( ) Counsel desired   Court ( ) Directed ( ) Denied ( ) Government not seeking jail time
( ) Defendant shall reimburse govt. for appointed counsel at rate of $_____/mo. begin _____
( ) Defendant will retain counsel.   ( ) Retained counsel _____
( ) Case continued to 9:00 a.m. on _____ ( ) Pretrial Diversion
( ) Bond set _____ with the following conditions of release:
(1) ( ) Probation Office supervision                    (5) ( ) Substance abuse testing/treatment
(2) ( ) Shall not operate m/v after consuming alcohol              at defendant's expense
(3) ( ) Prohibited from operating a motor vehicle         (6) ( )Mental Health Eval/Treatment
      unless properly licensed to do so                (7) ( ) _____
(4) ( ) No consumption ( ) No excessive use of alcohol    (8 )( ) _____
( ) Proffer                                  ( ) Evidence & Witnesses presented
( ) Statement by defendant.                      ( ) PSR WAIVED by all parties
( ) Found Guilty ( ) Found Not Guilty            ( ) Continued for Pre-sentence Report
( ) Dismissed by Court                         ( ) Advised of Right to Appeal
( ) Sentencing:_____
( ) Defendant remanded to custody

| FINE: | ASSESSMENT: | PROCESSING FEE: | RESTITUTION |
|---|---|---|---|
| 1) $_____ | 1) $_____ | 1) $_____ | 1) $_____ |
| 2) $_____ | 2) $_____ | 2) $_____ | 2) $_____ |
| 3) $_____ | 3) $_____ | 3) $_____ | 3) $_____ |
| 4 )$_____ | 4) $_____ | 4 ) $_____ | 4 ) $_____ |

( ) Jail: _____ ( ) to be released at 5:00 p.m. today ( ) as special condition of probation
( ) Probation: _____ ( ) Supervised Release: _____
( ) Driving privileges within special maritime and territorial jurisdiction of the United States are
      suspended for ONE (1) YEAR.
( ) _____